AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Edwards, Harry T | USCA for D.C. Circuit | 5/11/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 5400 U.S. Courthouse<br>333 Constitution Ave., NW<br>Washington, D.C. 20001 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | American Law Institute |
| 2. | Member | American Academy of Arts & Sciences |
| 3. | Member | American Bar Association |
| 4. | Board of Directors | UNIQUE Learning Center, Washington, D.C. |
| 5. | Board of Directors | Institute of Judicial Administration, NYU Law School |
| 6. | Fellow | American Bar Foundation |
| 7. | Adjunct Prof of Law | NYU Law School |
| 8. | Member | Supreme Court Historical Society |
| 9. | Advisory Board | Judicial Outreach Program , The American Society of International Law |
| 10. | Co-Chair | Forensics Science Committee, Committee on Science, Technology & the Law, National Academy of Science |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2006 | NYU Law School, Visiting Professor of Law. |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | NYU Law School, Visiting Professor of Law | $ 177,772 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | NYU Law School, New York, NY | 1/10-12 - New York City. Room, meals, transportation. Teaching. |
| 2. | NYU Law School, New York, NY | 1/16-18 - New York City. Room, meals, transportation. Teaching. |
| 3. | NYU Law School, New York, NY | 1/24-25 - New York City. Room, meals, transportation. Teaching. |
| 4. | NYU Law School, New York, NY | 1/31-2/1 - New York City. Room, meals, transportation. Teaching. |
| 5. | NYU Law School, New York, NY | 2/7-8 - New York City. Room, meals, transportation. Teaching. |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T | 5/11/2007 |

| | | |
|---|---|---|
| 6. | NYU Law School, New York, NY | 2/14-15- New York City. Room, meals, transportation. Teaching. |
| 7. | PricewaterhouseCoopers | 2/16-19 - Scottsdale, Arizona. Room, meals, transportation ████ Speaker. Conference on appellate advocacy. |
| 8. | NYU Law School, New York, NY | 2/21-22 - New York City. Room, meals, transportation. Teaching. |
| 9. | Stanford Law School, Palo Alto, CA | 2/24-26 - Palo Alto, CA. Room, meals, transportation. Keynote speaker at Black Law Student Conference. |
| 10. | NYU Law School, New York, NY | 2/28-3/1- New York City. Room, meals, transportation. Teaching. |
| 11. | NYU Law School, New York, NY | 3/7-8 - New York City. Room, meals, transportation. Teaching. |
| 12. | NYU Law School, New York, NY | 3/21-22 - New York City. Room, meals, transportation. Teaching. |
| 13. | NYU Law School, New York, NY | 4/4-5 - New York City. Room, meals, transportation. Teaching. |
| 14. | NYU Law School, New York, NY | 4/18-19 - New York City. Room, meals, transportation. Teaching. |
| 15. | NYU Law School, New York, NY | 8/29-31 - New York City. Room, meals, transportation. Teaching. |
| 16. | NYU Law School, New York, NY | 9/5-7 - New York City. Room, meals, transportation. Teaching. |
| 17. | NYU Law School, New York, NY | 9/12-13 - New York City. Room, meals, transportation. Teaching. |
| 18. | NYU Law School, New York, NY | 9/19-20 - New York City. Room, meals, transportation. Teaching. |
| 19. | NYU Law School, New York, NY | 9/26-27 - New York City. Room, meals, transportation. Teaching. |
| 20. | NYU Law School, New York, NY | 10/3-7 - New York City. Room, meals, transportation. Teaching. |
| 21. | NYU Law School, New York, NY | 10/10-11 - New York City. Room, meals, transportation. Teaching. |
| 22. | NYU Law School, New York, NY | 10/17-18 - New York City. Room, meals, transportation. Teaching. |
| 23. | NYU Law School, New York, NY | 10/31-11/2 - New York City. Room, meals, transportation. Teaching. |
| 24. | NYU Law School, New York, NY | 11/7-9 - New York City. Room, meals, transportation. Teaching. |
| 25. | NYU Law School, New York, NY | 11/28 - New York City. Room, meals, transportation. Teaching. |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T | 5/11/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T | 5/11/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Windsor II fund | A | Dividend | J | T | | | | | |
| 2. Citibank Accounts | A | Interest | K | T | | | | | |
| 3. Banknorth Accounts (formerly Cape Cod Bank & Trust) | A | Interest | J | T | | | | | |
| 4. Justice Federal Credit Union | | None | J | T | | | | | |
| 5. TIAA-CREF | A | Dividend | J | T | | | | | |
| 6. Wells Fargo IRA (rolled over from Saks Fifth Ave. Retirement) | | None | M | T | Roll-over | June | M | | |
| 7. Bank of America Accounts | A | Interest | J | T | | | | | |
| 8. Chase Manhattan Bank (CLOSED) | | None | | T | Closed Acc't | ?? | J | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T | 5/11/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The Vanguard Prime, Vanguard REIT, Vanguard SRA, and Vanguard Insured Long Term funds, all of which appeared on the 2006 report, do not appear on this report because the acccounts were fully redeemed or closed in 2005. These accounts were neither live nor active in 2006.

| Name of Person Reporting | Date of Report |
|---|---|
| Edwards, Harry T | 5/11/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___ 5/11/2007 _____

NOTE: ANY ... Y FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMI...

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544